WILLIAM A. SMITH et al., Respondents, *v.* IDA J. GRAVES, Appellant.

*Contract — action for services in pressing and baling hay — defense that plaintiffs had failed to tag hay as required by section 253 of the General Business Law.*

*Smith* v. *Graves,* 187 App. Div. 740, affirmed.

(Submitted March 11, 1921; decided March 24, 1921.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 12, 1919, unanimously affirming a judgment in favor of plaintiffs entered upon

a verdict. The action was to recover for services in pressing and baling certain hay owned by the defendant. The defendant on the trial claimed that the plaintiffs had failed to comply with section 253 of the General Business Law in that they had failed to tag the hay as required by that law. Plaintiffs contended that the hay was not · pressed for market and that the defendant agreed to do her own, tagging if she should decide later to sell it. Upon these issues a verdict was rendered by the jury in favor of the plaintiffs for the full amount claimed.

*James O. Sebring* for appellant.

*Clayton R. Lusk* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.